**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jose Guadalupe LERMA–GARCIA, Defendant–Appellant.**

No. 06–40022
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 14, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Jose Guadalupe Lerma–Garcia, Karnes City, TX, pro se.

R. 47.5.4.

Philip T. Cowen, Brownsville, TX, for Defendant–Appellant.

Before BARKSDALE, GARZA, and CLEMENT, Circuit Judges.

PER CURIAM: *

Counsel appointed to represent Jose Guadalupe Lerma–Garcia (Lerma) has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Lerma has filed a motion requesting the appointment of substitute counsel. Our independent review of counsel's brief, Lerma's response, and the record discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. The motion by Lerma for substitution of counsel is DENIED. *See United States v. Wagner,* 158 F.3d 901, 902–03 (5th Cir.1998).

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.